The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| STEPHANIE ALLEN, on behalf of herself, the general public, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRAVEL GUARD GROUP, INC., AIG TRAVEL, INC., and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Defendants. | Case No. 22-cv-06005-BHS<br><br>**STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME**<br><br>NOTE FOR MOTION CALENDAR: JANUARY 26, 2023 |

Pursuant to Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiff Stephanie Allen, individually and on behalf of a putative class of all other persons similarly situated ("Plaintiff"), and Defendants Travel Guard Group, Inc., AIG Travel, Inc., and National Union Fire Insurance Company of Pittsburgh, PA (together, the "Defendants"), file this Stipulated Motion for Extension of Time for Defendants to file a responsive pleading. The Motion is made with respect to the following facts and recitals:

WHEREAS, Plaintiff filed the Complaint on December 23, 2022;

WHEREAS, Defendant National Union Fire Insurance Company of Pittsburgh, PA

STIPULATED MOTION FOR
EXTENSION OF TIME
(22-cv-06005)

1

**Gutride Safier LLP**
113 Cherry Street, # 55150
Seattle, WA 98140
(415) 639-9090 x109

1  ("NUFIC") was served on January 5, 2023, making January 26, 2023, the last day for NUFIC to file a responsive pleading to the Complaint;

    WHEREAS, the parties have conferred and agreed, subject to the Court's approval, to extend the deadline for NUFIC's responsive pleading by seven (7) days, to February 2, 2023;

    WHEREAS, this is the parties' first stipulated motion for an extension of time in this action;

    WHEREAS, an extension of time will neither prejudice the parties nor result in undue delay;

    WHEREAS, in light of the above, the parties believe that good cause exists for entry of the following stipulation:

    NOW THEREFORE, by and through the undersigned counsel, the parties stipulate and agree as follows, subject to the Court's approval, that good cause appearing, NUFIC shall have until February 2, 2023, to file its responsive pleading to the Complaint.

Dated: January 26, 2023

STIPULATED MOTION FOR
EXTENSION OF TIME
(22-cv-06005)

2

Gutride Safier LLP
113 Cherry Street, # 55150
Seattle, WA 98140
(415) 639-9090 x109

1  Presented By:

2  */s/ Stephen M. Raab*
3  Stephen M. Raab, WSBA No. 53004
   113 Cherry Street, #55150, Seattle, WA 9814
4  Telephone: (415) 639-9090 x109
   stephen@gutridesafier.com
5

6  Attorney for Plaintiff
   STEPHANIE ALLEN
7

8  */s/ Eric Ormsby*
   Matthew D. Powers (*pro hac vice* application forthcoming)
9  Eric Ormsby (WSBA No. 59639, application for admission forthcoming)
   O'Melveny & Myers LLP
10 2 Embarcadero Center, 28th Floor
   San Francisco, CA 94111
11 Telephone: (415) 984-8700
   Facsimile: (415) 984-8701
12 mpowers@omm.com
   eormsby@omm.com
13

14 Attorneys for Defendants
   TRAVEL GUARD GROUP, INC., AIG TRAVEL, INC., and NATIONAL UNION
15 FIRE INSURANCE COMPANY OF PITTSBURGH, PA

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION FOR
EXTENSION OF TIME                      3
(22-cv-06005)

**Gutride Safier LLP**
113 Cherry Street, # 55150
Seattle, WA 98140
(415) 639-9090 x109

## [PROPOSED] ORDER

This matter, having come before the Court on the parties' stipulated motion for extension of time, and the Court have considered the motion and the record, hereby makes the following order.

It is ORDERED that Defendant National Union Fire Insurance Company of Pittsburgh, PA's deadline to file a responsive pleading to the Complaint is extended to February 2, 2023.

IT IS SO ORDERED.

Dated this 27th day of January, 2023

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATED MOTION FOR
EXTENSION OF TIME
(22-cv-06005)

4

Gutride Safier LLP
113 Cherry Street, # 55150
Seattle, WA 98140
(415) 639-9090 x109

# CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2023, I obtained the consent of Eric Ormsby to file the foregoing stipulated motion with his electronic signature, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and, with consent of the following, I will send notification of such filing to the following attorneys for Defendants:

- **Matthew D. Powers**
  mpowers@omm.com
- **Eric Ormsby**
  eormsby@omm.com

Dated this 26th day of January, 2023        By:   */s/ Stephen M. Raab*
                                                  Stephen M. Raab, WSBA No. 53004
                                                  113 Cherry Street, #55150,
                                                  Seattle, WA 9814
                                                  Telephone: (415) 639-9090 x109
                                                  stephen@gutridesafier.com

STIPULATED MOTION FOR
EXTENSION OF TIME
(22-cv-06005)

5

**Gutride Safier LLP**
113 Cherry Street, # 55150
Seattle, WA 98140
(415) 639-9090 x109